**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

Todd M. Caward

    v.                                        Case No. 15-cv-256-SM

E. L. Tatum, Warden, Federal
Correctional Institution, Berlin,
New Hampshire

**REPORT AND RECOMMENDATION**

The plaintiff has failed to pay the necessary filing fee or file a complete motion to proceed in forma pauperis, as directed by the court on July 2, 2015, and October 16, 2015. Accordingly, the district judge should dismiss this action without prejudice.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15, 21-22 (1st Cir. 2014).

                                                  _/s/ Andrea K. Johnstone_
                                                  Andrea K. Johnstone
                                                  United States Magistrate Judge

November 30, 2015
cc:   Todd M. Caward, pro se